# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

March 28, 2014

Before

RICHARD D. CUDAHY, *Circuit Judge*

RICHARD A. POSNER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

No.  13-2732

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District |
| *Plaintiff-Appellee*, | Court for the Central District of Illinois. |
| | |
| *v.* | No. 1:07-cr-10121 |
| | |
| DURICCO JOHNSON, | Joe Billy McDade, |
| *Defendant-Appellant*. | *Judge*. |

**ORDER**

The opinion of this court in this matter issued on March 19, 2014, is hereby withdrawn.  A revised opinion will be issued shortly.